UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

FRANCISCO ROSARIO,

    Petitioner

v.

UNITED STATES OF AMERICA

    Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
07 Civ. 8260 (SWK)
05 Civ. 6096 (HB)

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York


by: /s/ _____

Amie N. Ely
Assistant United States Attorney
(212) 637-2214

TO:    Francisco Rosario